```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

R2 FINANCIAL TECHNOLOGIES, INC.,  :   06 Civ. 12939 (SHS)

     Plaintiff,  :

  -against-  :   ORDER

HOULIHAN, LOKEY, HOWARD & ZUKIN, INC.,:

     Defendant.  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  A pretrial conference having been held today, with counsel for all parties present,

  IT IS HEREBY ORDERED that:

  1. There will be a mid discovery status conference on April 27, 2006, at 10:00 a.m.;

  2. The last day for completion of discovery is June 8, 2007; and

  3. This action is being referred to the court annexed mediation program.

Dated: New York, New York
   February 9, 2007

          SO ORDERED:

          _____
          Sidney H. Stein, U.S.D.J.